COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,

Plaintiffs,

-against-

LEWIS MECHANICAL, INC.,

Defendant.

05 Civ. 585 (CBA)

**DEFAULT JUDGMENT**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 13 2005 ★
P.M. _____
TIME A.M. _____

The summons and Complaint, in this action having been duly served on the above-named defendant Lewis Mechanical, Inc., and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed affidavit of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS, do recover of LEWIS MECHANICAL, INC., the defendant residing at 167 Brookside Avenue, Mount Vernon, New York 10553, the sum of $7,320.67 for delinquent contributions, plus the

audit fee in the sum of $1,396.00, interest in the sum of $1,455.74, liquidated damages in the sum of $732.07, attorneys' fees in the sum of $1,062.50, and court fee in the sum of $150.00, amounting in all to the sum of $12,116.98, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:

April 15, 2005

By: _____ /s/